# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-CR-00880-DMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE UNDERLYING SUPERSEDING INDICTMENT AND INFORMATION AS TO ELIZABETH BATTA (D1) ONLY** |
| ELIZABETH BATTA (1), | |
| Defendant. | |

Upon motion of the United States of America and pursuant to Rule 48(a), Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Superseding Indictment and underlying Information as to ELIZABETH BATTA only, in the above-entitled case, be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: February 15, 2023

HON. DANA M. SABRRAW
United States Chief District Judge